UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| JONATHAN AUSBY | * | Bankr. Case No. 96-5-9326-SD |
| SHIRLEY AUSBY | | |
|    Debtors. | * | (Chapter 13) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| SHIRLEY AUSBY, et al. | * | |
|    Plaintiffs, | * | Civil No. AMD 98-4027 |
| v. | * | Adv. No. 98-5049-SD |
| BCGS, LLC. et al. | * | |
|    Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER TO STRIKE APPEARANCE

UPON the foregoing Motion for Leave to Strike Appearance, it is hereby this _2d_ day of _Nov._, 1999,

ORDERED, by the United States District Court for the District of Maryland that leave to strike the appearance of Raymond E. DiBiagio, Jr., on behalf of Jonathan Ausby and Shirley Ausby IS GRANTED.

_____
UNITED STATES BANKRUPTCY JUDGE

cc:  Raymond E. DiBiagio, Jr., Esquire
     P.O. Box 6023
     Annapolis, Maryland  21401

     Office of the U.S. Trustee
     Marsh McLennan Bldg.
     300 W. Pratt Street, #350
     Baltimore, Maryland  21201

3